IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JUSTIN L. WARE, | ) | |
| --- | --- | --- |
| Petitioner, | ) | 4:18CV3135 |
| v. | ) | |
| NEIL A. MILLER, Buffalo County Sheriff, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Objection (filing no. 10) to Order on Motion for Extension of Time to File Responsive Pleading is denied.

DATED this 17th day of December, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge