IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTIN L. WARE, | ) | |
| | ) | |
| Petitioner, | ) | 4:18CV3135 |
| | ) | |
| v. | ) | |
| | ) | |
| NEIL A. MILLER, Buffalo County Sheriff, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

Petitioner paid the $5.00 filing fee on October 17, 2018. Therefore,

IT IS ORDERED that Petitioner's Motion for Leave to Proceed in Forma Pauperis (filing no. 16) is denied as moot.

DATED this 23rd day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge