IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JUSTIN L. WARE, | ) | |
|---|---|---|
| Petitioner, | ) | 4:18CV3135 |
| v. | ) | |
| NEIL A. MILLER, Buffalo County Sheriff, | ) | MEMORANDUM AND ORDER |
| Respondent. | ) | |

Pursuant to the Petitioner's response (filing no. 23[1]) to my Memorandum and Order (filing no. 22), this matter is dismissed without prejudice so Petitioner can file a post-conviction action in state court.[2]

IT IS ORDERED that the petition for writ of habeas corpus (filing no. 1) is dismissed without prejudice. A separate judgment will be issued.

DATED this 9th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] The response was not filed by the deadline I set. But, since it was only several days late, I have, in the exercise of my discretion, considered it anyway.

[2] I, again, remind the Petitioner that he must act promptly. See filing no. 22 at CM/ECF pp.2-3 and footnotes 2 & 3.